IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 1 4 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AL QOSI,                              )
                                      )
            Petitioner,               )
                                      )
v.                                    )    Civil Action No. 1:04-cv-01937 (PLF)
                                      )
BARACK H. OBAMA,                      )
President of the United States, *et al.*,  )
                                      )
            Respondents.              )
                                      )

] ORDER GRANTING
PETITIONER'S CONSENT MOTION FOR AN EXTENSION OF TIME IN WHICH
TO FILE THE TRAVERSE

Upon consideration of Petitioner's *Consent Motion for an Extension of Time in Which to File the Traverse*, it is hereby

**ORDERED** that the Motion is granted; Petitioner shall have through and including September 18, 2009 in which file the traverse.

SIGNED AND ENTERED this *13* day of $\int ul_4$ , 2009.

_____
United States District Judge

D115502 1